UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAROLD CASE and
DEBRA CASE,

Plaintiffs, CASE NO.: 8:15-cv-588-T-24TBM

vs.

CULLUM & MAXEY CAMPING
CENTER INC.,

Defendant.
_______________________________________/

**ORDER**

This cause comes before the Court on Plaintiffs' Motion for Limited Jurisdictional Discovery (Dkt. 8). Defendant opposes the motion. Having reviewed the motion and being otherwise duly advised, the Court GRANTS the motion.

In the motion, Plaintiff seeks an order permitting discovery of additional facts related to Defendant's contacts with Florida before filing their response to Defendant's Motion to Dismiss the Complaint and/or Motion to Transfer (Dkt. 7). Plaintiff may conduct the limited jurisdictional discovery described in the motion. *See, e.g., RMS Titanic, Inc. v. Kingsmen Creatives, Ltd.*, 579 Fed. Appx. 779, 790 (11th Cir. 2014) (stating that "federal courts clearly have the power to order jurisdictional discovery" and should do so "where the information plaintiff seeks, if it exists, would give rise to jurisdiction") (internal citations omitted).

Plaintiffs' response to Defendant's Motion to Dismiss the Complaint and/or Motion to Transfer shall be filed **on or before June 9, 2015**.

DONE AND ORDERED at Tampa, Florida, this 14th day of April, 2015.

Susan C. Bucklew

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record